STATE OF CONNECTICUT *v.* BRIAN MOORE

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 85 (AC 26098), is denied.

*H. Owen Chace*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided November 29, 2006